**GREGORY and Maria PIORUN, Appellants,**

v.

**Johnny and Susan BAKER, Cross–Appellants,**

and

**Brenda Houk, d/b/a Re/Max Properties, Respondent.**

**Nos. WD 51902, WD 52105.**

Missouri Court of Appeals,
Western District.

March 25, 1997.

Kenneth Dake, Sedalia, for appellants.

R. Scott Gardner, Stanley Brian Cox, Sedalia, for respondent.

Before ULRICH, C.J., P.J., and HANNA and ELLIS, JJ.

## ORDER

PER CURIAM.

The plaintiffs, Gregory and Maria Piorun, appeal from a decision by the trial court concerning the real estate agent's duty to disclose facts about the property to the buyer. Affirmed. Rule 84.16(b). The defendants, Johnny and Susan Baker, appeal from trial court's determination of damages. Affirmed. Rule 84.16(b).